IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS D. LINDSEY,

                Plaintiff,                  ORDER

   v.

                                        14-cv-166-jdp

LIEUTENANT DANE ESSER,
CORRECTIONAL OFFICER RUNICE,
CAPTAIN J. SHARP, and
DEPUTY WARDEN HERMAN,

                Defendants.

---

In an order entered on July 22, 2014, I granted plaintiff Carlos D. Lindsey leave to proceed on his Eighth Amendment claims against defendants Runice and Esser. In addition, I dismissed plaintiff's claim against defendant Deputy Warden Herman and gave plaintiff until August 4, 2014, to file an amended complaint provides a short and plain statement of a claim against defendant Herman. It is now past the August 4 deadline and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, IT IS ORDERED that defendant Herman is dismissed from this case.

Entered this 22d day of August, 2014.

                                  BY THE COURT:

                                  /s/
                                  JAMES D. PETERSON
                                  District Judge