IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                               14-cv-166-jdp

LIEUTENANT DANE ESSER,
CORRECTIONAL OFFICER RUNICE,
CAPTAIN J. SHARP, DEPUTY WARDEN
HERMANS and SECURITY DIRECTOR
JEROME SWEENEY,

    Defendants.

       This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

       (1) denying plaintiff leave to proceed and dismissing his claims against Captain Sharp;

       (2) granting plaintiff's motion to dismiss defendants Deputy Warden Hermans and Security Director Jerome Sweeney; and

       (3)  granting summary judgment in favor of Lieutenant Dane Esser and Correctional Office Runice and dismissing this case.

               /s/                                                   9/2/2015

    Peter Oppeneer, Clerk of Court                    Date